**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| THOMAS STEWART,                      )
    ID #571449,                                   )
        Plaintiff,                                     )
vs.                                                       )     No. 3:16-CV-0846-D
                                                            )
4 UNKNOWN OFFICERS/DEPUTIES,  )
ET AL.,                                              )
        Defendants.                               )     | |

## **ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, by separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g) .

Signed May 24, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE